IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN JAY HENRY,

    **Plaintiff,**

v.                                      CASE NO. 4:12-cv-616-MW/CAS

K. BROWN, et al.,

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND <u>RECOMMENDATION</u>

The Court has considered the Magistrate's Report and Recommendation, ECF No. 8, filed January 30, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk shall enter judgment stating "This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute." The Clerk shall close the file.

SO ORDERED on February 20, 2013.

                                                  s/Mark E. Walker
                                                  United States District Judge